NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: _____

Trial Court Style: State v Jonathan Jose Guillen

Trial Court No.: 2013CR2647

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: 9-29-14

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/5/2015 4:27:52 PM
KEITH E. HOTTLE
Clerk

The record was originally due: 2-11-15

I anticipate the length of the record to be: 1,500 pgs

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☒ Other. Explain [attach additional pages if needed]: I am currently completing State v Eannarino as well as the above-styled cause. I am working diligently to complete without requesting any further extensions.

I anticipate the record will be completed by: 4-11-15

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: 3-5-15        Signature: Debrah Doolittle

Printed
Name: Debra A Doolittle

Title: 186th, Court Reporter

Acknowledgment
(To be completed by notary or court clerk)

State of Texas        §
County of _____  §

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that he/she excuted the same for the reasons expressed therein.

Date: _____        Signature: _____
Seal:                        Printed
                             Name: _____